NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAYMOND GAY, )
)
       Appellant, )
)
v. )   Case No. 2D18-2689
)
STATE OF FLORIDA, )
)
       Appellee. )
_____)

Opinion filed October 2, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Raymond Gay, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

      Affirmed.

KHOUZAM, C.J., and NORTHCUTT and BLACK, JJ., Concur.